DIMITRIOS P. BILLER (142730)
LDT Consulting, Inc.
15113 West Sunset Blvd., Suite "9"
Pacific Palisades, California 90272
Telephone (310) 459-9870

Attorneys for Party-In-Interest, Paula Thomas

UNITED STATES BANKRUPTCY COURT FOR THE

DISTRICT OF CALIFORNIA (RIVERSIDE DIVISION)

IN RE

PDTW, LLC

**Case No: 6:16-bk-15889-SY**

**Chapter 7**

**Case No: 6:17-ap-01200-SY**

LARRY SIMONS, CHAPTER 7 TRUSTEE

VS.

PAULA THOMAS, AN INDIVIDUAL; THOMAS WYLDE, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; THOMAS WYLDE HOLDINGS, LLC, A CALIFORNIA LIMITED LIABILTY COMPANY. AND DOES 1-10

**EXHIBITS REFFERRED TO IN THE DECLARATION OF DIMITRIOS P. BILLER IN SUPPORT OF DEFENDANT PAULA THOMAS' OPPOSITION TO THE SUMMARY JUDGMENT MOTION PLAINTIFF'S FILED**

**VOLUME V: EXHIBITS "20" THROUGH "25"**

**Date: May 29, 2018**
**Time: 9:30 a.m.**

**Placc: Courtroom 302B**

**BEFORE THE HONORABLE JUDGE SCOTT YUN**

Defendant Paula Thomas hereby files and serves the Declaration of Dimitrios P. Biller, and attached exhibits, in support of Thomas' Opposition to the Motion for Summary Judgment Plaintiff PDTW, LLC filed.

Dated: May 7, 2017

Respectfully submitted,

By: /S/ Dimitrios P. Biller
Counsel for Paula Thomas

# EXHIBIT "20"

**Kyu Hong Kim, CPA, Inc.**
**3435 Wilshire Blvd Ste 1970**
**Los Angeles, CA 90010-1938**
**213-381-3557**

November 9, 2016

**CONFIDENTIAL**

THOMAS WYLDE LLC
235 W 31ST ST
LOS ANGELES, CA 90007

Dear :

We have prepared the enclosed amended returns from information provided by you without verification or audit. We suggest that you examine these returns carefully to fully acquaint yourself with all items contained therein to ensure that there are no omissions or misstatements.

**Federal Filing Instructions**

Your amended 2015 Form 1065 shows no balance due.

Your amended return is being filed electronically and is not required to be mailed. If you mail a paper copy of Form 1065 to the IRS it will delay processing of the return. The electronically filed return is not complete without a signature. A limited liability company member should sign and date Form 8879-PE, IRS *e-file* Signature Authorization for Form 1065. The form must be signed and returned before the electronic file can be transmitted to the IRS.

Mail the signed Form 8879-PE as soon as possible to:

Kyu Hong Kim, CPA, Inc.
3435 Wilshire Blvd Ste 1970
Los Angeles, CA 90010-1938

**California Filing Instructions**

Your amended California 2015 Form 568 shows no balance due.

Your amended return is being filed electronically and is not required to be mailed. If you mail a paper copy of Form 568 to the California Franchise Tax Board it will delay processing of your return. The electronically filed return is not complete without your signature. A limited liability company member should sign and date Form 8453-LLC, California e-file Return Authorization for Limited Liability Companies. The form must be signed and returned before the electronic file can be transmitted to California Franchise Tax Board

Mail signed Form 8453-LLC as soon as possible to:

Kyu Hong Kim, CPA, Inc.
3435 Wilshire Blvd Ste 1970
Los Angeles, CA 90010-1938

PLAINTIFF EXHIBIT 73
For Identification
Witness: MELDY RAFOLS
Date: 8-18-2017
Damon M. LeBlanc, CSR No. 11958

Also enclosed is any material you furnished for use in preparing the returns. If the returns are examined, requests may be made for supporting documentation. Therefore, we recommend that you retain all pertinent records for at least seven years.

In order that we may properly advise you of tax considerations, please keep us informed of any significant changes in your financial affairs or of any correspondence received from taxing authorities.

If you have any questions, or if we can be of assistance in any way, please call.

Sincerely,

Kyu Hong Kim, CPA, Inc.

Form **1065X** (January 2017) Department of the Treasury Internal Revenue Service

# Amended Return or Administrative Adjustment Request (AAR)

(For use by filers of Forms 1065, 1065-B, and 1066)

▶ See separate instructions.

OMB No. 1545-XXXX

For tax year ending ▶ 12/2015 (Enter month and year.)

Please Type or Print

Name: THOMAS WYLDE LLC

Employer identification number: 47-1444612

Number, street, and room or suite no. (If a P.O. box, see instructions.): 235 W 31ST ST

City or town, state, and ZIP code: LOS ANGELES CA 90007

Telephone number (optional)

Enter name and address used on original return (If same as above, write "Same")

Same

Internal Revenue Service Center where original return was filed ▶ Ogden, UT 84201-0011

## TEFRA/NonTEFRA Determination

A Has the partnership made an election to be treated as an electing large partnership (ELP) under the provisions of section 775? [ ] Yes [X] No

If "Yes," the partnership is not subject to TEFRA. Enter the date of the election ▶ ____________ , go to item E, and check the "Not subject to TEFRA" box. Do not complete items B through D.

You must determine if the partnership is subject to the rules for consolidated audit proceedings (TEFRA proceedings) under sections 6221 through 6234. See instructions for details.

B Did the partnership have 10 or fewer partners at all times during the tax year? (Note. A husband and wife are considered one partner for TEFRA purposes.) [X] Yes [ ] No

C At all times during the partnership's tax year, were all partners U.S. citizens, resident aliens, C corporations, or estates of deceased partners? [ ] Yes [X] No

If the answers to questions B and C are "Yes," the partnership is not subject to TEFRA proceedings. A partnership that is not subject to TEFRA cannot file an Administrative Adjustment Request. See instructions for details.

D If the partnership is not otherwise subject to TEFRA, has the partnership filed Form 8893, Election of Partnership Level Tax Treatment, or its equivalent, to make an election to be treated as a TEFRA partnership? [ ] Yes [X] No

If the answer to question D is "Yes," enter the tax year that the election to be treated as a TEFRA partnership was originally filed with the partnership return ▶

E The partnership is [X] Subject to TEFRA [ ] Not subject to TEFRA

F Check the applicable box (see instructions): [ ] Amended Return [ ] Administrative Adjustment Request (AAR)

G If you are a Tax Matters Partner (TMP) or a Partner With Authority (PWA) filing an AAR on behalf of the pass-through entity, are you requesting substituted return treatment? (see instructions) [ ] Yes [X] No

H Check the applicable box to identify the type of pass-through entity: [X] Partnership [ ] Electing Large Partnership (ELP) [ ] Real Estate Mortgage Investment Conduit (REMIC)

I Partnerships and ELPs, enter the number of Schedules K-1 being filed with this return ▶ 6

**Fill in applicable items and use Part III to explain any changes**

**Part I** Amended or Administrative Adjustment Request (AAR) Items for Partnerships Filing Form 1065 Only (ELPs and REMICs, use Part II)

| Income (Loss) | | Line | (a) As originally reported on Schedule K or as previously adjusted | (b) Net change — increase or (decrease) — explain in Part III | (c) Correct amount |
|---|---|---|---|---|---|
| | 1 Ordinary business income (loss) | 1 | -4,613,383 | 0 | -4,613,383 |
| | 2 Net rental real estate income (loss) | 2 | | | |
| | 3 Other net rental income (loss) (see instructions) | 3 | | | |
| | 4 Guaranteed payments | 4 | | | |
| | 5 Interest income | 5 | | | |
| | 6a Ordinary dividends | 6a | | | |
| | b Qualified dividends | 6b | | | |
| | 7 Royalties | 7 | | | |
| | 8 Net short-term capital gain (loss) | 8 | | | |
| | 9a Net long-term capital gain (loss) | 9a | | | |
| | b Collectibles (28%) gain (loss) | 9b | | | |
| | c Unrecaptured section 1250 gain (see instructions) | 9c | | | |
| | 10 Net section 1231 gain (loss) | 10 | | | |
| | 11 Other income (loss) (see instructions) | 11 | | | |

Form 1065X (1-2012) THOMAS WYLDE LLC 47-1444612 Page **2**

| Section | Line | Description | Line No. | | | |
|---|---|---|---|---|---|---|
| Deductions | 12 | Section 179 deduction | 12 | | | |
| | 13a | Contributions | 13a | 2,400 | 0 | 2,400 |
| | b | Investment interest expense | 13b | | | |
| | c | Section 59(e) expenditures | 13c | | | |
| | d | Other deductions (see instructions) | 13d | | | |
| Self-Employment | 14a | Net earnings (loss) from self-employment | 14a | | | |
| | b | Gross farming or fishing income | 14b | | | |
| | c | Gross nonfarm income | 14c | | | |
| Credits | 15a | Low-income housing credit (section 42(j)(5)) | 15a | | | |
| | b | Low-income housing credit (other) | 15b | | | |
| | c | Qualified rehabilitation expenditures (rental real estate) | 15c | | | |
| | d | Other rental real estate credits (see instructions) | 15d | | | |
| | e | Other rental credits (see instructions) | 15e | | | |
| | f | Other credits (see instructions) | 15f | | | |
| Foreign Transactions | 16a | Name of country or U.S. possession ▶ | | | | |
| | b | Gross income from all sources | 16b | | | |
| | c | Gross income sourced at partner level | 16c | | | |
| | d | Foreign gross income sourced at partnership level passive category | 16d | | | |
| | e | Foreign gross income sourced at partnership level general category | 16e | | | |
| | f | Foreign gross income sourced at partnership level other | 16f | | | |
| | g | Deductions allocated and apportioned at partner level interest expense | 16g | | | |
| | h | Deductions allocated and apportioned at partner level other | 16h | | | |
| | i | Deductions allocated and apportioned at partnership level to foreign source income passive category | 16i | | | |
| | j | Deductions allocated and apportioned at partnership level to foreign source income general category | 16j | | | |
| | k | Deductions allocated and apportioned at partnership level to foreign source income other | 16k | | | |
| | l | Total foreign taxes (check one) ▶ Paid ☐ Accrued ☐ | 16l | | | |
| | m | Reduction in taxes available for credit (see instructions) | 16m | | | |
| | n | Other foreign tax information (see instructions) | | | | |
| Alternative Minimum Tax (AMT) Items | 17a | Post-1986 depreciation adjustment | 17a | | | |
| | b | Adjusted gain or loss | 17b | | | |
| | c | Depletion (other than oil or gas) | 17c | | | |
| | d | Oil, gas, and geothermal properties—gross income | 17d | | | |
| | e | Oil, gas, and geothermal properties—deductions | 17e | | | |
| | f | Other AMT items (attach statement) | 17f | | | |
| Other Information | 18a | Tax-exempt interest income | 18a | | | |
| | b | Other tax-exempt income | 18b | | | |
| | c | Nondeductible expenses | 18c | 48,960 | 0 | 48,960 |
| | 19a | Distributions of cash and marketable securities | 19a | | | |
| | b | Distributions of other property | 19b | | | |
| | 20a | Investment income | 20a | | | |
| | b | Investment expenses | 20b | | | |
| | c | Other items and amounts (see instructions) | 20c | | | |

**Note.** Amended Schedules K-1: File amended Schedules K-1 with Form 1065X. If the partnership is filing Form 1065X for an administrative adjustment request (AAR), please inform the partners receiving the amended Schedules K-1 that the partnership is filing the AAR. If the partnership is not subject to the rules for consolidated audit proceedings (TEFRA proceedings) under sections 6221 through 6234, the partnership cannot file an AAR and instead must furnish the amended Schedules K-1 to its partners. The partners must then file their own amended returns (see instructions).

Form 1065X (1-2013) THOMAS WYLDE LLC 47-1444612 Page 3

**Part III** Amended or Administrative Adjustment Request (AAR) Items for ELPs and REMICs Only

| | (a) Description of Item Being Amended or Adjusted (see instructions) | | (b) As originally reported or as previously adjusted | (c) Net change — increase or (decrease) — explain in Part III | (d) Correct amount |
|---|---|---|---|---|---|
| 1 | | 1 | | | |
| 2 | | 2 | | | |
| 3 | | 3 | | | |
| 4 | | 4 | | | |
| 5 | | 5 | | | |

**Tax and Payments** (see instructions)

| | | | | | |
|---|---|---|---|---|---|
| 6 | **ELPs ONLY:** Tax and other payments | 6 | | | |
| 7 | **REMICs ONLY:** Tax on net income from prohibited transactions | 7 | | | |
| 8 | **REMICs ONLY:** Tax on net income from foreclosure property | 8 | | | |
| 9 | **REMICs ONLY:** Tax on contributions after the startup day | 9 | | | |
| 10 | Total tax | 10 | | | |
| 11 | Tax paid with Form 7004 | 11 | | | |
| 12 | Tax paid with (or after) the filing of the original return | | | 12 | |
| 13 | Add lines 11 and 12, column (d) | | | 13 | |
| 14 | Overpayment, if any, as shown on original return or as later adjusted | | | 14 | |
| 15 | Subtract line 14 from line 13 | | | 15 | |

**Tax Due or Overpayments** (see instructions)

| | | | |
|---|---|---|---|
| 16 | **Tax Due.** Subtract line 15 from line 10, column (d). For details on how to pay, see instructions | 16 | |
| 17 | **Overpayment.** Subtract line 10, column (d), from line 15 | 17 | |

**Note. Amended Schedules K-1 or Schedules Q.** File amended Schedules K-1 or Schedules Q with Form 1065X. If the ELP or REMIC is filing Form 1065X for an administrative adjustment request (AAR), do not furnish the amended Schedules K-1 or Schedules Q to the partners or residual interest holders. If the REMIC is not filing for an AAR and is not subject to the rules for consolidated audit proceedings under sections 6221 through 6231, the REMIC must furnish the amended Schedules Q to its residual interest holders. See instructions for details.

**Sign Here**

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ Signature of general partner, limited liability company member manager, or authorized individual | Date ▶ Title

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Kyu Hong Kim | | | | P00288359 |
| Firm's name ▶ Kyu Hong Kim, CPA, Inc. | | | Firm's EIN ▶ | 20-2861494 |
| Firm's address ▶ 3435 Wilshire Blvd Ste 1970 Los Angeles, CA 90010-1938 | | | Phone no. | 213-381-3557 |

Form **1065X** (1-2013)

**Part III** **Explanation of Changes to Items in Part I and Part II.** Enter the line number from Part I or Part II for the items you are changing, and give the reason for each change. For partnerships, show the box number and code used to report the item on Schedule K-1. Show any computation in detail. Also, see What To Attach in the instructions.

If this amended return or AAR is reporting any change in the allocation of the partnership's or REMIC's income, gain, loss, deduction, or credit among its partners or residual interest holders, see Changes in Allocation in the instructions, and check here ▶ ☐

This amended return is to correct only partners' share of profit and capital. Partners' share of loss is same as original return.
Since the taxpayer made loss in current year, change in partners' share of profit and capital will not affect partner's share of current year income, deductions, credits, and other items in Part III of Schedule K-1.

Form **1065** Department of the Treasury Internal Revenue Service

# U.S. Return of Partnership Income

For calendar year 2015, or tax year beginning ............, ending ............

▶ Information about Form 1065 and its separate instructions is at www.irs.gov/form1065.

OMB No. 1545-0123 **2015**

| | | |
|---|---|---|
| A Principal business activity: MANUFACTURIN | Name of partnership: THOMAS WYLDE LLC | D Employer identification number: 47-1444612 |
| B Principal product or service: APPAREL | Number, street, and room or suite no.: 235 W 31ST ST | E Date business started: 07/22/2014 |
| C Business code number: 315990 | City or town, state or province, country, and ZIP or foreign postal code: LOS ANGELES CA 90007 | F Total assets (see the instructions): $ 6,292,703 See Statement 1 |

G Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☒ Amended return
(6) ☐ Technical termination - also check (1) or (2)

H Check accounting method: (1) ☐ Cash (2) ☒ Accrual (3) ☐ Other (specify) ▶

I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 6

J Check if Schedules C and M-3 are attached ☐

**Caution.** Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

| Line | Description | | Amount |
|---|---|---|---|
| **Income** | | | |
| 1a | Gross receipts or sales | 1a 3,971,781 | |
| b | Returns and allowances | 1b | |
| c | Balance. Subtract line 1b from line 1a | 1c | 3,971,781 |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | 1,932,841 |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 2,038,940 |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | 4 | |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | 5 | |
| 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 6 | |
| 7 | Other income (loss) (attach statement) See Statement 2 | 7 | 77,661 |
| 8 | **Total income (loss).** Combine lines 3 through 7 | 8 | 2,116,601 |
| **Deductions (see the instructions for limitations)** | | | |
| 9 | Salaries and wages (other than to partners) (less employment credits) | 9 | 1,492,031 |
| 10 | Guaranteed payments to partners | 10 | |
| 11 | Repairs and maintenance | 11 | 33,607 |
| 12 | Bad debts | 12 | |
| 13 | Rent | 13 | 375,439 |
| 14 | Taxes and licenses | 14 | 8,265 |
| 15 | Interest See Statement 3 | 15 | 200,000 |
| 16a | Depreciation (if required, attach Form 4562) | 16a 15,295 | |
| b | Less depreciation reported on Form 1125-A and elsewhere on return | 16b | 16c 15,295 |
| 17 | Depletion (Do not deduct oil and gas depletion.) | 17 | |
| 18 | Retirement plans, etc. | 18 | |
| 19 | Employee benefit programs | 19 | 67,230 |
| 20 | Other deductions (attach statement) See Statement 4 | 20 | 4,538,117 |
| 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | 21 | 6,729,984 |
| 22 | **Ordinary business income (loss).** Subtract line 21 from line 8 | 22 | -4,613,383 |

**Sign Here** Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge.

▶ ______________________ Signature of general partner or limited liability company member manager ▶ ________ Date

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Kyu Hong Kim | | | | P00288359 |
| Firm's name ▶ Kyu Hong Kim, CPA, Inc. | | | Firm's EIN ▶ | 20-2961494 |
| Firm's address ▶ 3435 Wilshire Blvd Ste 1970 Los Angeles, CA 90010-1938 | | | Phone no. | 213-381-3557 |

Form 1065 (2015) THOMAS WYLDE LLC. 47-1444612 Page 2

**Schedule B** Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box: | | |
| a | [ ] Domestic general partnership  b [ ] Domestic limited partnership | | |
| c | [X] Domestic limited liability company  d [ ] Domestic limited liability partnership | | |
| e | [ ] Foreign partnership  f [ ] Other ▶ | | |
| 2 | At any time during the tax year, was any partner in the partnership a disregarded entity, a partnership (including an entity treated as a partnership), a trust, an S corporation, an estate (other than an estate of a deceased partner), or a nominee or similar person? | X | |
| 3 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | X | |
| b | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| 4 | At the end of the tax year, did the partnership: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| 5 | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details | | X |
| 6 | Does the partnership satisfy all four of the following conditions? | | |
| a | The partnership's total receipts for the tax year were less than $250,000. | | |
| b | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| c | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| d | The partnership is not filing and is not required to file Schedule M-3 | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item L on Schedule K-1. | | |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| 8 | During the tax year, did the partnership have any debt that was cancelled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| 9 | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| 10 | At any time during calendar year 2015, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country. ▶ | | X |

Form 1065 (2015) THOMAS WYLDE LLC 47-1444612 Page 3

**Schedule B Other Information (continued)**

| | | Yes | No |
|---|---|---|---|
| 11 | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| 12a | Is the partnership making, or had it previously made (and not revoked), a section 754 election? See instructions for details regarding a section 754 election. | | X |
| b | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| 13 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ▶ ☐ | | |
| 14 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | X |
| 15 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities, enter the number of Forms 8858 attached. See instructions ▶ | | |
| 16 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership. ▶ | | X |
| 17 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return. ▶ | | |
| 18a | Did you make any payments in 2015 that would require you to file Form(s) 1099? See instructions | X | |
| b | If "Yes," did you or will you file required Form(s) 1099? | X | |
| 19 | Enter the number of Form(s) 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return. ▶ 0 | | |
| 20 | Enter the number of partners that are foreign governments under section 892. ▶ 0 | | |

**Designation of Tax Matters Partner** (see instructions)

Enter below the general partner or member-manager designated as the tax matters partner (TMP) for the tax year of this return:

Name of designated TMP ▶ Identifying number of TMP ▶

If the TMP is an entity, name of TMP representative ▶ Phone number of TMP ▶

Address of designated TMP ▶

Form 1065 (2015) THOMAS WYLDE LLC 47-1444612 Page 4

**Schedule K Partners' Distributive Share Items**

| Section | Line | Description | | Total amount |
|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary business income (loss) (page 1, line 22) | 1 | -4,613,383 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a | Other gross rental income (loss) 3a | | |
| | b | Expenses from other rental activities (attach statement) 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 | Guaranteed payments | 4 | |
| | 5 | Interest income | 5 | |
| | 6 | Dividends: a Ordinary dividends | 6a | |
| | | b Qualified dividends 6b | | |
| | 7 | Royalties | 7 | |
| | 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 8 | |
| | 9a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | 9a | |
| | b | Collectibles (28%) gain (loss) 9b | | |
| | c | Unrecaptured section 1250 gain (attach statement) 9c | | |
| | 10 | Net section 1231 gain (loss) (attach Form 4797) | 10 | |
| | 11 | Other income (loss) (see instructions) Type ▶ | 11 | |
| Deductions | 12 | Section 179 deduction (attach Form 4562) | 12 | 0 |
| | 13a | Contributions See Statement 5 | 13a | 2,400 |
| | b | Investment interest expense | 13b | |
| | c | Section 59(e)(2) expenditures: (1) Type ▶ (2) Amount ▶ | 13c(2) | |
| | d | Other deductions (see instructions) Type ▶ | 13d | |
| Self-Employment | 14a | Net earnings (loss) from self-employment | 14a | |
| | b | Gross farming or fishing income | 14b | |
| | c | Gross nonfarm income | 14c | |
| Credits | 15a | Low-income housing credit (section 42(j)(5)) | 15a | |
| | b | Low-income housing credit (other) | 15b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 15c | |
| | d | Other rental real estate credits (see instructions) Type ▶ | 15d | |
| | e | Other rental credits (see instructions) Type ▶ | 15e | |
| | f | Other credits (see instructions) Type ▶ | 15f | |
| Foreign Transactions | 16a | Name of country or U.S. possession ▶ | | |
| | b | Gross income from all sources | 16b | |
| | c | Gross income sourced at partner level | 16c | |
| | | Foreign gross income sourced at partnership level | | |
| | d | Passive category ▶ e General category ▶ f Other ▶ | 16f | |
| | | Deductions allocated and apportioned at partner level | | |
| | g | Interest expense ▶ h Other ▶ | 16h | |
| | | Deductions allocated and apportioned at partnership level to foreign source income | | |
| | i | Passive category ▶ j General category ▶ k Other ▶ | 16k | |
| | l | Total foreign taxes (check one): ▶ Paid ☐ Accrued ☐ | 16l | |
| | m | Reduction in taxes available for credit (attach statement) | 16m | |
| | n | Other foreign tax information (attach statement) | | |
| Alternative Minimum Tax (AMT) Items | 17a | Post-1986 depreciation adjustment | 17a | |
| | b | Adjusted gain or loss | 17b | |
| | c | Depletion (other than oil and gas) | 17c | |
| | d | Oil, gas, and geothermal properties – gross income | 17d | |
| | e | Oil, gas, and geothermal properties – deductions | 17e | |
| | f | Other AMT items (attach statement) | 17f | |
| Other Information | 18a | Tax-exempt interest income | 18a | |
| | b | Other tax-exempt income | 18b | |
| | c | Nondeductible expenses See Statement 6 | 18c | 48,960 |
| | 19a | Distributions of cash and marketable securities | 19a | |
| | b | Distributions of other property | 19b | |
| | 20a | Investment income | 20a | |
| | b | Investment expenses | 20b | |
| | c | Other items and amounts (attach statement) | | |

Form 1065 (2015) THOMAS WYLDE LLC 47-1444612 Page 5

**Analysis of Net Income (Loss)**

1 Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16l — 1 — -4,615,783

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | | | | | |
| b Limited partners | -4,615,783 | | | | | |

**Schedule L — Balance Sheets per Books**

| Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|
| 1 Cash | | 179,904 | | 66,706 |
| 2a Trade notes and accounts receivable | | | 553,507 | |
| b Less allowance for bad debts | | | | 553,507 |
| 3 Inventories | | | | 1,101,833 |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach statement) See Stmt 7 | | 4,100,120 | | 2,525,414 |
| 7a Loans to partners (or persons related to partners) | | | | |
| b Mortgage and real estate loans | | | | |
| 8 Other investments (attach statement) | | | | |
| 9a Buildings and other depreciable assets | 1,734 | | 27,514 | |
| b Less accumulated depreciation | | 1,734 | | 24,989 |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 13 Other assets (attach statement) See Stmt 8 | | 4,700 | | 2,020,254 |
| 14 Total assets | | 4,286,458 | | 6,292,703 |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | 56,777 | | 836,336 |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities (attach statement) See Stmt 9 | | 111,040 | | 784,884 |
| 18 All nonrecourse loans | | | | |
| 19a Loans from partners (or persons related to partners) | | | | |
| b Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 Other liabilities (attach statement) See Stmt 10 | | 4,300,000 | | 2,000,000 |
| 21 Partners' capital accounts | | -181,359 | | 2,671,483 |
| 22 Total liabilities and capital | | 4,286,458 | | 6,292,703 |

**Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return**

**Note.** The partnership may be required to file Schedule M-3 (see instructions).

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books | -4,651,971 | 6 Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): a Tax-exempt interest $ | |
| 2 Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | 7 Deductions included on Schedule K, lines 1 through 13d, and 16l, not charged against book income this year (itemize): a Depreciation $ 12,772 | 12,772 |
| 3 Guaranteed payments (other than health insurance) | | 8 Add lines 6 and 7 | 12,772 |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize): a Depreciation $ b Travel and entertainment $ 48,960 | 48,960 | 9 Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | -4,615,783 |
| 5 Add lines 1 through 4 | -4,603,011 | | |

**Schedule M-2 — Analysis of Partners' Capital Accounts**

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | -181,359 | 6 Distributions: a Cash | |
| 2 Capital contributed: a Cash | 7,504,813 | b Property | |
| b Property | | | |
| 3 Net income (loss) per books | -4,651,971 | 7 Other decreases (itemize): | |
| 4 Other increases (itemize): | | | |
| | | 8 Add lines 6 and 7 | |

Form **1125-A**
(Rev. December 2012)
Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, 1065, or 1065-B.
▶ Information about Form 1125-A and its instructions is at www.irs.gov/form1125a.

OMB No. 1545-2225

Name: THOMAS WYLDE LLC

Employer identification number: 47-1444612

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | 3,034,674 |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | Total. Add lines 1 through 5 | 6 | 3,034,674 |
| 7 | Inventory at end of year | 7 | 1,101,833 |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return (see instructions) | 8 | 1,932,841 |

9a Check all methods used for valuing closing inventory:
(i) ☐ Cost
(ii) ☐ Lower of cost or market
(iii) ☐ Other (Specify method used and attach explanation.) ▶

b Check if there was a writedown of subnormal goods ▶ ☐

c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐

d If the LIFO inventory method was used for this tax year, enter the amount of closing inventory computed under LIFO | 9d |

e If property is produced or acquired for resale, do the rules of section 263A apply to the entity (see instructions)? ☐ Yes ☐ No

f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation ☐ Yes ☐ No

SCHEDULE B-1 (Form 1065)
(Rev. December 2011)
Department of the Treasury Internal Revenue Service

# Information on Partners Owning 50% or More of the Partnership

▶ Attach to Form 1065. See instructions on back.

OMB No. 1545-0099

Name of partnership: THOMAS WYLDE LLC

Employer identification number (EIN): 47-1444612

**Part I** **Entities Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 3a)

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| HILLSHORE INVESTMENTS | 99-9999999 | Corporation | United States | 100.000000 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II** **Individuals or Estates Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 3b)

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1065.